UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20318-CR-ALTMAN/SANCHEZ

18 U.S.C. §§ 111(a)(1) and (b)

UNITED STATES OF AMERICA

v.

OREL VALDESPINO FERNANDEZ,

　　　　Defendant.
_____/

FILED BY __MP__ D.C.
Jul 25, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Forcibly Assaulting a Federal Officer
### (18 U.S.C. §§ 111(a)(1) and (b))

On or about May 5, 2024, in Miami-Dade County, in the Southern District of Florida, the defendant,

**OREL VALDESPINO FERNANDEZ,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with "J.H.," an employee of the United States and of an agency in a branch of the United States Government designated in Title 18, United States Code, Section 1114, that is, the United States Bureau of Prisons, while "J.H." was engaged in and on account of the performance of their official duties, and in the commission of the offense, did make physical contact with "J.H.," in violation of Title 18, United States Code, Section 111(a)(1).

Pursuant to Title 18, United States Code, Section 111(b), it is further alleged that this violation did inflict bodily injury upon "J.H."

A TRUE BILL

███████████████

FOREPERSON

_____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
ZACHARY A. KELLER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 24-20318-CR-ALTMAN/SANCHEZ

v.

OREL VALDESPINO FERNANDEZ,

_____/
Defendant.

**CERTIFICATE OF TRIAL ATTORNEY**

**Court Division** (select one)
☒ Miami   ☐ Key West   ☐ FTP
☐ FTL     ☐ WPB

**Superseding Case Information:**
New Defendant(s) (Yes or No) ____
Number of New Defendants ____
Total number of new counts ____

I do hereby certify that:
1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take __3__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I    ☒ 0 to 5 days                   ☐ Petty
   II   ☐ 6 to 10 days                  ☐ Minor
   III  ☐ 11 to 20 days                 ☐ Misdemeanor
   IV   ☐ 21 to 60 days                 ☒ Felony
   V    ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of N/A
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
16. Did this matter involve the participation of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

By: _____
Zachary A. Keller
Assistant United States Attorney
Court ID No.   A5502767

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: OREL VALDESPINO FERNANDEZ

**Case No**: _____

Count #: 1

Forcibly Assaulting a Federal Officer

Title 18, United States Code, Sections 111(a)(1) and (b)
* **Max. Term of Imprisonment:** 20 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

*Refers only to possible term of incarceration, supervised release, and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.